UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF              )
                              )       BANKRUPTCY CASE 18-11219
TYLYNN WALTERS MOORE          )             Chapter 7
        Debtor.               )

## TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS

TO THE UNITED STATES BANKRUPTCY JUDGE

The application of Yvette Gaff Kleven respectfully alleges:

1. Applicant is the duly qualified and acting Trustee in this case.

2. To perform her duties as Trustee, your applicant requires the services of attorneys for the following purposes:

   a. To advise and consult with applicant concerning questions arising in the conduct of the administration of the estate and concerning applicant's rights and remedies with regard to the estate's assets and the claims of secured, preferred, and unsecured creditors and other parties in interest;

   b. To appear for, prosecute, defend, and represent applicant's interest in suits arising in or related to this case; specifically to obtain copies of life insurance documents and bank statements;

   c. To investigate and prosecute preference and other actions arising under the Trustee's avoiding powers; and

   d. To assist in the preparation of such pleadings, motions, notices, and orders as are required for the orderly administration of this estate.

3. For the foregoing, and all other necessary and proper purposes, applicant desires to retain generally the law firm of Adelsperger & Kleven, LLP, as counsel for the Trustee.

4. Because Adelsperger & Kleven, LLP practices in debtor/creditor matters, and because of its

experience in those fields, applicant feels that said law firm is well qualified to render the foregoing services.

5. Based upon the Declaration attached hereto, applicant believes that said law firm and its members and associates do not hold or represent any interest adverse to that of your applicant or the debtor(s) estate, and that said law firm is a disinterested person within the meaning of 11 U.S.C. Section 101(14).  Applicant is informed that the normal hourly billing rate of said law firm at the time of this Application is as follows:

a. Two Hundred and Seventy-five and no/100 Dollars ($275.00) an hour for the services of Douglas R. Adelsperger; and Two Hundred and Seventy-five and no/100 Dollars ($275.00) an hour for the services of Yvette Gaff Kleven.  Said rates are subject to change in the future.

b. Eighty and no/100 Dollars ($80.00) an hour for the services of paralegals.  Said rate is subject to change in the future.

c. Twenty-Five Cents ($.25) per page for photocopies; and

d. Actual and necessary expenses for faxes, postage, long distance telephone calls, and mileage.

It is contemplated that said attorneys will seek compensation based upon normal and usual hourly billing rates.  It is further contemplated that said attorneys will seek interim compensation during the case as permitted by 11 U.S.C. Section 331.

WHEREFORE, applicant prays that she be authorized to employ Adelsperger & Kleven, LLP as her attorneys to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

DATE:  August 14, 2018        /S/Yvette Gaff Kleven, #8373-02
                                        Yvette Gaff Kleven, Chapter 7 Trustee
                                        111 West Wayne Street
                                        Fort Wayne, Indiana   46802
                                        Telephone:   (260) 407-7077
                                        ygk@adelspergerkleven.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2018, a true and correct copy of the above and foregoing Trustee's Application To Employ Attorneys  was transmitted electronically through the Bankruptcy Court's ECF System to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov

Steven J. Glaser, Attorney at Law, glaser.bankruptcy@frontier.com

                                        /S/Yvette Gaff Kleven, #8373-02
                                        Yvette Gaff Kleven, Chapter 7 Trustee
                                        111 West Wayne Street
                                        Fort Wayne, Indiana   46802
                                        Telephone:   (260) 407-7077
                                        ygk@adelspergerkleven.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF )  | |
| ) | BANKRUPTCY CASE 18-11219 |
| TYLYNN WALTERS MOORE ) | Chapter 7 |
| Debtor. ) | |

**DECLARATION OF ATTORNEY**

I, Yvette Gaff Kleven, declare:

1. I am an attorney duly admitted to practice before all courts of the State of Indiana, as well as this court.

2. I am a member of Adelsperger & Kleven, LLP, the law firm that the Trustee is seeking to employ generally by the Application to which this Declaration is attached. All of the members and associates of this law firm are similarly duly admitted to practice in this state and before this Court.

3. The law firm of Adelsperger & Kleven, LLP has extensive experience in bankruptcy and debtor/creditor law. The firm is well qualified to represent the Trustee generally herein, and is willing to accept employment on the basis set forth in the Application.

4. The law firm of Adelsperger & Kleven, LLP, its members and its associates, do not hold any interest adverse to the above-entitled estate and said law firm is a disinterested party as defined in 11 U.S.C. Section 101(14). Further, neither the undersigned nor any members of the law firm of Adelsperger & Kleven, LLP have been employed by the Debtor, or any of its affiliates, or by any officer, director, shareholder, partner or limited partner or any scheduled creditor of the Debtor.

5. Pursuant to Bankruptcy Rule 2014(a) Affiant would additionally disclose that Yvette Gaff Kleven as partner in the firm, is a Chapter 7 Panel Trustee for the Northern District of Indiana, Fort Wayne Division, appointed by the Office of the United States Trustee, Region 10.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2018, at Fort Wayne, Indiana.

/S/Yvette Gaff Kleven, #8373-02
Yvette Gaff Kleven, Chapter 7 Trustee
111 West Wayne Street
Fort Wayne, Indiana  46802
Telephone:   (260) 407-7077
ygk@adelspergerkleven.com