UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | BANKRUPTCY CASE 18-11219 |
| TYLYNN WALTERS MOORE ) | Chapter 7 |
| Debtor. ) | |

TRUSTEE'S INVENTORY
AND REQUEST FOR NOTICE

Comes now Yvette Gaff Kleven, duly qualified Trustee of the above-captioned Debtor's estate, and hereby submits this inventory and report of property of the estate of the Debtor.

All of the non-exempt assets of the estate of which she is presently aware, together with approximate values (exact values for assets in the Trustee's possession), but with no value shown where valuation is problematical, or possession disputed, are as follows:

   Real Estate

This inventory and report of property is made pursuant to Federal Rule Of Bankruptcy Procedure 2015 and lists the entirety of the estate.  Some of the property listed, or portions thereof, may not materialize into assets of the estate of sufficient value to economically reduce to cash.

Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case. I certify under the penalty of perjury that the foregoing inventory and report of property of the estate is true.

Dated:   August 14, 2018          /S/Yvette Gaff Kleven, #8373-02
                                  Yvette Gaff Kleven, Chapter 7 Trustee
                                  111 West Wayne Street
                                  Fort Wayne, Indiana   46802
                                  Telephone:   (260) 407-7077
                                  ygk@adelspergerkleven.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2018, a true and correct copy of the above and foregoing Trustee's Inventory Of Assets Of Estate was transmitted electronically through the Bankruptcy Court's ECF System to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov

Steven J. Glaser, Attorney at Law, glaser.bankruptcy@frontier.com

/S/Yvette Gaff Kleven, #8373-02
Yvette Gaff Kleven, Chapter 7 Trustee
111 West Wayne Street
Fort Wayne, Indiana   46802
Telephone:    (260) 407-7077
ygk@adelspergerkleven.com