UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | BANKRUPTCY CASE 18-11219 |
| TYLYNN WALTERS MOORE ) | Chapter 7 |
| Debtor. ) | |

**OBJECTION TO EXEMPTIONS**

COMES NOW the Trustee, Yvette Gaff Kleven, and objects to the exemptions claimed by the Debtor in Universal Life Insurance, and in support thereof, states the following:

1. This matter commenced by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code on June 29, 2018.

2. Yvette Gaff Kleven was appointed Trustee.

3. The Debtor has claimed as exempt Universal Life Insurance in the approximate cash value of $1,900.00 pursuant to I.C. § 27-1-12-14 & 27-2-5-1(c).

4. The Debtor has failed to provide the Trustee with documentation verifying that this exemption is properly taken.

WHEREFORE, Trustee, Yvette Gaff Kleven, objects to the exemptions claimed by the Debtor in Universal Life Insurance, prays that said exemptions be denied, and for all other just and proper relief on the premises.

Respectfully submitted,

/S/Yvette Gaff Kleven, #8373-02
Yvette Gaff Kleven, Chapter 7 Trustee
111 West Wayne Street
Fort Wayne, Indiana   46802
Telephone:   (260) 407-7077
ygk@adelspergerkleven.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2018 a true and correct copy of the above and foregoing was transmitted electronically through the Bankruptcy Court's ECF System to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov

Steven J. Glaser, Attorney at Law, glaser.bankruptcy@frontier.com

and was sent via first class United States mail, postage prepaid, to:

TyLynn Walters Moore, 7227 Moeller Rd., #142, Fort Wayne, IN 46806

/S/Yvette Gaff Kleven, #8373-02
Yvette Gaff Kleven, Chapter 7 Trustee
111 West Wayne Street
Fort Wayne, Indiana   46802
Telephone:    (260) 407-7077
ygk@adelspergerkleven.com