# Notice Recipients

| District/Off: 0755−1 | User: sduran | Date Created: 8/15/2018 |
|---|---|---|
| Case: 18−11219−reg | Form ID: 210 | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | TyLynn Walters Moore | 7227 Moeller Rd #142 | Fort Wayne, IN 46806 |
| 14404676 | ALLEN COUNTY TREASURER | PO BOX 2540 | Fort Wayne, IN 46801 |
| 14404677 | ALLIED HOSPITAL PATHOLOGISTS | 4245 RELIABLE PARKWAY | Chicago, IL 60626−0001 |
| 14404678 | AMERICAN ELECTRIC POWER | PO BOX 24407 | Canton, OH 44701−4407 |
| 14405793 | Allen County Treasurer | 1 East Main Street Suite 104 | Fort Wayne IN 46802−1888 |
| 14404679 | BEST BUY CREDIT SERVICES/CITIBANK NA | PO BOX 9001007 | Louisville, KY 40290 |
| 14404680 | CITY UTILITIES    CITIZENS SQUARE | 200 E BERRY ST STE 930 | Fort Wayne, IN 46802 |
| 14404681 | CLI SURGERY CENTER | 7747 W JEFFERSON BLVD | Fort Wayne, IN 46804 |
| 14404682 | DOYLE & FOUTTY | 41 E. WASHINGTON STREET, STE 400 | Indianapolis, IN 46204 |
| 14404683 | HELVEY AND ASSOCIATES | 1015 EAST CENTER STREET | Warsaw, IN 46580 |
| 14404684 | IC SYSTEM    PO BOX 64378 | Saint Paul, MN 55164 | |
| 14404685 | INTERRA CREDIT UNION | PO BOX 727    Goshen, IN 46527 | |
| 14405794 | Indiana Department of Revenue | Bankruptcy Section − MS 108 | 100 North Senate Avenue, N240    Indianapolis IN 46204 |
| 14404686 | MONI ALARM SYSTEM | PO BOX 814530    Dallas, TX 75381 | |
| 14404687 | NATIONSTAR MORTGAGE | 4000 HORIZON WAY STE 100 | Irving, TX 75063 |
| 14404688 | NIPSCO    PO BOX 13010 | Merrillville, IN 46411−3013 | |
| 14404689 | PARKVIEW HEALTH | PO BOX 5600    Fort Wayne, IN 46804 | |
| 14404690 | PARKVIEW HEALTH PHYSICIANS | PO BOX 5600    Fort Wayne, IN 46895 | |
| 14404691 | PROFESSIONAL EMERGENCY PHYSICIANS | 3640 NEW VISION DRIVE #A | Fort Wayne, IN 46845 |
| 14404692 | SOUTHWEST CREDIT | 4120 INTERNATIONAL PARKWAY    SUITE 1100 | Carrollton, TX 75007−1958 |

TOTAL: 20