UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE:<br>TYLYNN WALTERS MOORE<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 3:18-BK-11219-REG<br><br>HONORABLE Robert E. Grant |

### TRUSTEE'S APPLICATION FOR COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $5,400.10 and reimbursement of expenses in the amount of $337.96 for this case. The Trustee has, by prior authorization, received no such compensation and no such reimbursement of expenses.

COMPUTATION OF COMPENSATION AND EXPENSES

Total disbursements to other than debtor will be                $46,501.00

Pursuant to 11 U.S.C. Section 326, compensation to the trustee is computed as follows:

(For cases filed on or after October 23, 1994)

| | | | |
|---|---|---|---|
| Receipts | $46,501.00 | 25% of first 5,000 | $1,250.00 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $41,501.00 | 10% of next 45,000 | $4,150.10 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

TOTAL COMPENSATION REQUESTED                $5,400.10

TRUSTEE EXPENSES (ITEMIZED):

| | | |
|---|---|---|
| Clerical | 51.00 @ $0.06 | $3.06 |
| Clerical | 90.00 @ $0.16 | $14.40 |
| Copies | 958.00 @ $0.25 | $239.50 |
| Postage | 90.00 @ $0.49 | $44.10 |
| Postage | 30.00 @ $1.23 | $36.90 |
| TOTAL EXPENSES CLAIMED | | $337.96 |
| TOTAL REQUESTED FEES AND EXPENSES | | $5,738.06 |

WHEREFORE, the Trustee request this application be approved by the Court and that the Trustee be awarded $5,400.10 as compensation and $337.96 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to his/her for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than her law firm, for sharing compensation or to be received.

Dated: March 19, 2019        /s/ Yvette Gaff Kleven
                             Yvette Gaff Kleven, Trustee
                             Chapter 7 Trustee
                             111 W. Wayne Street
                             Fort Wayne, IN 46802
                             Telephone: (260) 407-7077

Printed: Mar 18 2019  2:33PM            **Trustee's Compensation**

**Debtor:** TYLYNN WALTERS MOORE                              **Case:** 18-11219-REG

| | |
|---|---:|
| **Computation of Compensation** | |
| Total disbursements to other than the debtor are: | $46,501.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | |
| 25% of first $5,000.00 | $1,250.00 |
| 10% of next $41,501.00 | $4,150.10 |
| 5% of next $0.00 | $0.00 |
| 3% of next $0.00 | $0.00 |
| **Calculated Total Compensation:** | **$5,400.10** |
| Plus Adjustment: | $0.00 |
| **Total Compensation:** | **$5,400.10** |
| Less Previously Paid: | $0.00 |
| **Total Compensation Requested:** | **$5,400.10** |

| **Trustee Expenses** | | | |
|---|---:|---:|---:|
| CLERICAL | 51 | @ $0.06 | $3.06 |
| CLERICAL | 90 | @ $0.16 | $14.40 |
| COPIES | 958 | @ $0.25 | $239.50 |
| POSTAGE | 90 | @ $0.49 | $44.10 |
| POSTAGE | 30 | @ $1.23 | $36.90 |
| **Subtotal Expenses:** | | | **$337.96** |
| Plus Adjustment: | | | $0.00 |
| **Total Expenses:** | | | **$337.96** |
| Less Previously Paid: | | | $0.00 |
| **Total Expenses Requested:** | | | **$337.96** |

    The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

    WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $5,400.10 as compensation and $337.96 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation or to be received.

Dated:  03/19/2019                        Signed:  /s/Yvette Gaff Kleven
                                                   Yvette Gaff Kleven
                                                   Chapter 7 Bankruptcy Trustee
                                                   111 W. Wayne Street
                                                   Fort Wayne, IN 46802

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| TYLYNN WALTERS MOORE | ) BANKRUPTCY CASE NUMBER. 18-11219-REG |
| | ) <u>CHAPTER 7</u> |
| | ) |
| DEBTOR. | ) |

<u>**AFFIDAVIT**</u>

I, Yvette Gaff Kleven, being duly sworn upon my oath, depose and say:

1. That I was appointed Trustee in the above bankruptcy proceeding, and I do not have an interest adverse to the estate in regard to the matters for which I have been appointed and am a disinterested person within the meaning of 11 U.S.C. §101(14).

2. No agreement or understanding exists between myself and any other person for division of compensation and no division of compensation shall be made by myself except as permitted by 11 U.S.C. §504 and by Bankruptcy Rule 2016(a).

3. No agreement, express or implied, has been made by myself in excess of the compensation allowed by law or in violation of 18 U.S.C. §155.

I affirm under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

DATE: March 19, 2019

_____
Yvette Gaff Kleven, Chapter 7 Trustee

Subscribed and sworn to before me, a Notary Public in and for said County and State, on March 19, 2019.

My Commission Expires:
November 15, 2023

_____
DeLayna D. Lehner, Notary Public
Resident of DeKalb County, Indiana

DELAYNA D. LEHNER
Notary Public, State of Indiana
DeKalb County
Commission # 673273
My Commission Expires
November 15, 2023