UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 3:18-BK-11219-REG |
| | § | |
| TYLYNN WALTERS MOORE | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>06/29/2018</u>. The undersigned trustee was appointed on <u>06/29/2018</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $46,501.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $4,854.39 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $34,146.61 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $7,500.00 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/15/2018 and the deadline for filing government claims was 12/26/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,400.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,400.10, for a total compensation of $5,400.10[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $337.96, for total expenses of $337.96.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/17/2019                    By:    /s/ Yvette Gaff Kleven
                                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No.: 1

Exhibit A

| Case No.: | 18-11219-REG | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|
| Case Name: | MOORE, TYLYNN WALTERS | Date Filed (f) or Converted (c): | 06/29/2018 (f) |
| For the Period Ending: | 4/17/2019 | §341(a) Meeting Date: | 07/31/2018 |
| | | Claims Bar Date: | 11/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  932 E PAULDING RD, Fort Wayne, IN 46816-0000, Al | $75,000.00 | $0.00 | | $46,501.00 | FA |
| **Asset Notes:** App to Sell Property approved by Order dated 9-26-18 Imported from original petition Doc# 1; selling with carve out | | | | | |
| 2  2015 HYUNDAI ACCENT, 53,642 miles. Entire proper | $5,872.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 3  2007 KIA SEDONA, 168,234 miles. Entire property | $1,608.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 4  DEBTOR LIVES IN FURNISHED MOBILE HOME - OWNS NO | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 5  TV, CELL PHONES | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 6  CD'S, DVD'S, PICTURES | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 7  CLOTHES | $600.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 8  2 CATS - PETS - NO VALUE TO OTHERS | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 9  Cash | $10.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 10  CHECKING AND SAVINGS: FIFTH THIRD BANK | $344.00 | $1,656.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 11  401K: THRU EMPLOYER - D & W FINE PACK | $1,476.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 12  DEBTOR EXPECTS EARNED INCOME CREDIT FOR 2018 TAX | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 13  LAINIE MOORE - DEBTOR'S OLDER DAUGHTER STOLE MON | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1 | | | | | |
| 14  KANSAS LIFE - UNIVERSAL LIFE INSURANCE - APPROXI | $1,900.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Imported from original petition Doc# 1; objected to exemption | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

Exhibit A

| Case No.: | 18-11219-REG | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|
| Case Name: | MOORE, TYLYNN WALTERS | Date Filed (f) or Converted (c): | 06/29/2018 (f) |
| For the Period Ending: | 4/17/2019 | §341(a) Meeting Date: | 07/31/2018 |
| | | Claims Bar Date: | 11/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $89,310.00 | $1,656.00 | | $46,501.00 | $0.00 |

**Major Activities affecting case closing:**

TFR to UST; once filed with the Court, notice out the same. 4/25/2019 dlehner
Waiting on Orders for TT and Atty Comp; once received, prep TFR. 3-19-19
ready for fee apps and TFR; 3/14/19
send 2nd notice to file claims; 12/20/18
selling real estate; 10/27/18
need bank statement; selling real estate; 9/9/18
investigating cash value life insurance; need bank statement ; need accounting; selling real estate; 8/1/18

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/12/2019 |
| **Current Projected Date Of Final Report (TFR):** | 12/12/2019 |

/s/ YVETTE GAFF KLEVEN

YVETTE GAFF KLEVEN

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit B

| Case No. | 18-11219-REG | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|
| Case Name: | MOORE, TYLYNN WALTERS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6853 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/29/2018 | Blanket bond (per case limit): | $42,291,316.00 |
| For Period Ending: | 4/17/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/20/2018 | | Metropolitan Title of Indiana, LLC of Fort Wayne | Proceeds of Sale of Real Estate | * | $7,500.00 | | $7,500.00 |
| | {1} | | $46,501.00 | 1110-000 | | | $7,500.00 |
| | | | County Taxes $(404.35) | 2820-000 | | | $7,500.00 |
| | | | Closing Costs $(630.00) | 2500-000 | | | $7,500.00 |
| | | | Realtors Commission $(1,320.04) | 3510-000 | | | $7,500.00 |
| | | | $(34,009.61) | 4110-000 | | | $7,500.00 |
| | | | Neighborhood Code Violation $(137.00) | 4120-000 | | | $7,500.00 |
| | | | Buyer's Premium to Auction.com $(2,500.00) | 2500-000 | | | $7,500.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $7,500.00 | $0.00 | $7,500.00 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| **Subtotal** | | $7,500.00 | $0.00 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| **Net** | | $7,500.00 | $0.00 | |

| For the period of  6/29/2018 to 4/17/2019 | | For the entire history of the account between 08/20/2018 to 4/17/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $46,501.00 | Total Compensable Receipts: | $46,501.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,501.00 | Total Comp/Non Comp Receipts: | $46,501.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $39,001.00 | Total Compensable Disbursements: | $39,001.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,001.00 | Total Comp/Non Comp Disbursements: | $39,001.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2        Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-11219-REG | | Trustee Name: | Yvette Gaff Kleven |
| --- | --- | --- | --- | --- |
| Case Name: | MOORE, TYLYNN WALTERS | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6853 | | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2018 | | Blanket bond (per case limit): | $42,291,316.00 |
| For Period Ending: | 4/17/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $7,500.00 | $0.00 | $7,500.00 |

**For the period of 6/29/2018 to 4/17/2019**

| | |
| --- | --- |
| Total Compensable Receipts: | $46,501.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,501.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,001.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,001.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/29/2018 to 4/17/2019**

| | |
| --- | --- |
| Total Compensable Receipts: | $46,501.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,501.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,001.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,001.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ YVETTE GAFF KLEVEN

YVETTE GAFF KLEVEN

# CLAIM ANALYSIS REPORT

| Case No.: | 18-11219-REG | | | Trustee Name: | Yvette Gaff Kleven |
| Case Name: | MOORE, TYLYNN WALTERS | | | Date: | 4/17/2019 |
| Claims Bar Date: | 11/15/2018 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YVETTE GAFF KLEVEN  111 W. Wayne Street  Fort Wayne IN 46802 | 08/13/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,400.10 | $5,400.10 | $0.00 | $0.00 | $0.00 | $5,400.10 |
| **Claim Notes:** | Approved: 4-11-2019 | | | | | | | | | | | |
| | CLERK, UNITED STATES BANKRUPTCY COURT  1300 S. Harrison Street  Fort Wayne IN 46802 | 09/04/2018 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $181.00 | $181.00 | $0.00 | $0.00 | $0.00 | $181.00 |
| **Claim Notes:** | Order approving payment dated 8/31/2018 | | | | | | | | | | | |
| | YVETTE GAFF KLEVEN  111 W. Wayne Street  Fort Wayne IN 46802 | 01/31/2019 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $337.96 | $337.96 | $0.00 | $0.00 | $0.00 | $337.96 |
| **Claim Notes:** | Approved: 4-11-2019 | | | | | | | | | | | |
| | ADELSPERGER & KLEVEN, LLP  111 West Wayne Street  Fort Wayne IN 46802 | 03/18/2019 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $82.50 | $82.50 | $0.00 | $0.00 | $0.00 | $82.50 |
| **Claim Notes:** | Approved: 3-20-19 | | | | | | | | | | | |
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A.  Resurgent Capital Services  PO Box 19008  Greenville SC 29602 | 09/27/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,138.54 | $1,138.54 | $0.00 | $0.00 | $0.00 | $1,138.54 |
| 2 | FEDERAL HOME LOAN MORTGAGE CORPORATION  Brad Geisen  1095 Broken Sound Parkway NW #100  Boca Raton FL 33487 | 03/04/2019 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $33,409.37 | $33,409.37 | $0.00 | $0.00 | $0.00 | $33,409.37 |

**CLAIM ANALYSIS REPORT**

Page No: 2    Exhibit C

| | | |
|---|---|---|
| **Case No.** | 18-11219-REG | |
| **Case Name:** | MOORE, TYLYNN WALTERS | |
| **Claims Bar Date:** | 11/15/2018 | |

| | |
|---|---|
| **Trustee Name:** | Yvette Gaff Kleven |
| **Date:** | 4/17/2019 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | MR. COOPER | 03/18/2019 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $34,009.61 | $34,009.61 | $34,009.61 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Paid pursuant to the Court's Order of September 26, 2018.

| | | | | | |
|---|---|---|---|---|---|
| $74,559.08 | $74,559.08 | $34,009.61 | $0.00 | $0.00 | $40,549.47 |

CLAIM ANALYSIS REPORT

Page No: 3     Exhibit C

| | |
|---|---|
| **Case No.** 18-11219-REG | **Trustee Name:** Yvette Gaff Kleven |
| **Case Name:** MOORE, TYLYNN WALTERS | **Date:** 4/17/2019 |
| **Claims Bar Date:** 11/15/2018 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Fees (Trustee Firm) | $82.50 | $82.50 | $0.00 | $0.00 | $0.00 | $82.50 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $181.00 | $181.00 | $0.00 | $0.00 | $0.00 | $181.00 |
| General Unsecured § 726(a)(2) | $1,138.54 | $1,138.54 | $0.00 | $0.00 | $0.00 | $1,138.54 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $34,009.61 | $34,009.61 | $34,009.61 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $33,409.37 | $33,409.37 | $0.00 | $0.00 | $0.00 | $33,409.37 |
| Trustee Compensation | $5,400.10 | $5,400.10 | $0.00 | $0.00 | $0.00 | $5,400.10 |
| Trustee Expenses | $337.96 | $337.96 | $0.00 | $0.00 | $0.00 | $337.96 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      3:18-BK-11219-REG
Case Name:     TYLYNN WALTERS MOORE
Trustee Name:  Yvette Gaff Kleven

Balance on hand: $7,500.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Mr. Cooper | $34,009.61 | $34,009.61 | $34,009.61 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $7,500.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Yvette Gaff Kleven, Trustee Fees | $5,400.10 | $0.00 | $5,400.10 |
| Yvette Gaff Kleven, Trustee Expenses | $337.96 | $0.00 | $337.96 |
| Adelsperger & Kleven, LLP, Attorney for Trustee Fees | $82.50 | $0.00 | $82.50 |
| Clerk, United States Bankruptcy Court, Clerk of the Court Costs | $181.00 | $0.00 | $181.00 |

Total to be paid for chapter 7 administrative expenses: $6,001.56
Remaining balance: $1,498.44

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,498.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,498.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,138.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | $1,138.54 | $0.00 | $1,138.54 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,138.54 |
| Remaining balance: | $359.90 |

Tardily filed claims of general (unsecured) creditors totaling $33,409.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Federal Home Loan Mortgage Corporation | $33,409.37 | $0.00 | $359.90 |

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $359.90 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |